# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jagrant Gill,

        Petitioner,

  v.

United States of America,

        Respondent.

**ORDER ADOPTING REPORT AND RECOMMENDATION**
Case No. 26-cv-2764 (MJD/DLM)

Jagrant Gill, <u>pro se</u>.

Trevor Brown, Assistant United States Attorney, Counsel for Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Douglas L. Micko filed July 8, 2026. (Doc. 10). Neither party filed objections to the R&R.

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Micko.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation

1

of United States Magistrate Judge Douglas L. Micko dated July 8, 2026. **[Doc. 10]**

as follows:

1. Petitioner's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DENIED**;

   and

2. This matter is **DISMISSED.**

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 6, 2026                    s/Michael J. Davis
                                          Michael J. Davis
                                          United States District Court